# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

CR 10 0680

UNITED STATES OF AMERICA,

V.

DEMARIO MCDANIELS,

DEFENDANT(S).

---

# INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) - Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) - Distribution and Possession with Intent to Distribute 28 Grams or More of Cocaine Base in the Form of Crack Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(C) - Distribution and Possession with Intent to Distribute of Cocaine Base in the Form of Crack Cocaine.

---

A true bill.

_____ Foreman

Filed in open court this 16th day of September

ADA YIU, Clerk

Bail, $ No process

BERNARD ZIMMERMAN

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

— OFFENSE CHARGED —

21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii);
21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii);
21 U.S.C. § 841(a)(1) and (b)(1)(C);
Distribution and Possession with Intent to Distribute of Cocaine Base in the Form of Crack Cocaine.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Penalties list is attached

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
FILED
2010 SEP 16 P 1:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S. —
▶ DEMARIO MCDANIELS

DISTRICT COURT NUMBER
CR 10 0680 WHA

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
Justin Quinn, Special Agent ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WILLIAM FRENTZEN

— DEFENDANT —

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction                    } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    } If "Yes" give date filed
been filed?    ☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

Penalties – DEMARIO MCDANIELS

Count One: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) - Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

- (1) Imprisonment: Maximum 40 Years Imprisonment, Minimum 5 Years
- (2) Fine: Maximum $2,000,000
- (3) Supervised Release: Minimum 4 Years
- (4) Special Assessment: $100.00

If information filed for prior felony drug offense:

- (1) Imprisonment: Maximum Life Imprisonment, Minimum 10 Years
- (2) Fine: Maximum $4,000,000
- (3) Supervised Release: Minimum 8 Years
- (4) Special Assessment: $100.00

Count Two: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) - Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

- (1) Imprisonment: Maximum 40 Years Imprisonment, Minimum 5 Years
- (2) Fine: Maximum $2,000,000
- (3) Supervised Release: Minimum 4 Years
- (4) Special Assessment: $100.00

If information filed for prior felony drug offense:

- (1) Imprisonment: Maximum Life Imprisonment, Minimum 10 Years
- (2) Fine: Maximum $4,000,000
- (3) Supervised Release: Minimum 8 Years
- (4) Special Assessment: $100.00

Count Three: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) - Possession with Intent to Distribute 28 Grams or More of Cocaine Base in the Form of Crack Cocaine

- (1) Imprisonment: Maximum 40 Years Imprisonment, Minimum 5 Years
- (2) Fine: Maximum $5,000,000
- (3) Supervised Release: Minimum 4 Years
- (4) Special Assessment: $100.00

If information filed for prior felony drug offense:

(1) Imprisonment: Maximum Life Imprisonment, Minimum 10 Years
(2) Fine: Maximum $25,000,000
(3) Supervised Release: Minimum 8 Years
(4) Special Assessment: $100.00

Count Four: 21 U.S.C. § 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Cocaine Base in the Form of Crack Cocaine

(1) Imprisonment: Maximum 20 Years Imprisonment
(2) Fine: Maximum $1,000,000
(3) Supervised Release: Minimum 3 Years
(4) Special Assessment: $100.00

If information filed for prior felony drug offense:

(1) Imprisonment: Maximum 30 Years Imprisonment
(2) Fine: Maximum $2,000,000
(3) Supervised Release: Minimum 6 Years
(4) Special Assessment: $100.00

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2010 SEP 16  P 1: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 10 0680 WHA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEMARIO MCDANIELS, <br><br> Defendant. | No. <br><br> VIOLATIONS: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) – Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine; 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) – Distribution and Possession with Intent to Distribute 28 Grams or More of Cocaine Base in the Form of Crack Cocaine; 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with Intent to Distribute Cocaine Base in the Form of Crack Cocaine. <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about January 12, 2010, in the Northern District of California, the defendant,

DEMARIO MCDANIELS,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit, 5 grams or more of cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

COUNT TWO

On or about July 22, 2010, in the Northern District of California, the defendant,

DEMARIO MCDANIELS,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit, approximately 49.2 grams of cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

COUNT THREE

On or about August 24, 2010, in the Northern District of California, the defendant,

DEMARIO MCDANIELS,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit, 28 grams or more of cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

COUNT FOUR

On or about September 8, 2010, in the Northern District of California, the defendant,

DEMARIO MCDANIELS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit, cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

DATED: September 16, 2010

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

WILLIAM FRENTZEN
Acting Chief, Organized Crime Strike Force

INDICTMENT                               2

(Approved as to form: _____)
AUSA William Frentzen

INDICTMENT                                  3