IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEMARIO MCDANIELS,<br><br>  Defendant.<br>_____ / | No. CR 10-0680 WHA<br><br>**ORDER RE REQUEST FOR DOCKET SHEET, INDICTMENT, AND SENTENCING TRANSCRIPTS** |

The Court is in receipt of defendant's request for a copy of the docket sheet, the indictment, and transcripts of his sentencing. The transcripts have already been prepared (*see* Dkt. No. 22, 23). The Clerk shall please send a copy of the transcripts, a copy of the docket sheet, and the indictment free of charge.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE